UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GREGORY L. GIBSON,** | : | 3:21-cv-593 |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **HENKEL OF AMERICA, INC; HENKEL OF AMERICA RETIREMENT PLAN; LOCTITE CORPORATION; TEROSON, INC.; PARKER & AMCHEM; HENKEL TECHNOLOGIES; HENKEL AG & CO., KGaA; HENKEL ASIA-PACIFIC LTD.; SHANGHAI-HENKEL TEROSON, LTD.; and HENKEL (CHINA) INVESTMENT COMPANY, LTD.,** | : : : : : : : : | |
|    Defendants. | : | APRIL 30, 2021 |

## APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the plaintiff, Gregory L. Gibson.

By: */s/ Mary Mintel Miller*
Brian O'Donnell ct16041
Pamela Fleming ct11916
Mary Mintel Miller ct28994
Reid and Riege, P.C.
One Financial Plaza, 21st Fl.
Hartford, CT 06103
Phone: (860) 240-1012
Fax: (860) 240-1002
bodonnell@rrlawpc.com
pfleming@rrlawpc.com
mmiller@rrlawpc.com

## **CERTIFICATION**

      I hereby certify that on this 30th day of April, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Mary Mintel Miller
      Mary Mintel Miller

26256.000/749408.1