# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY L. GIBSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENKEL OF AMERICA, INC.; HENKEL OF AMERICA RETIREMENT PLAN; LOCTITE CORPORATION; TEROSON, INC.; PARKER & AMCHEM; HENKEL TECHNOLOGIES; HENKEL AG & CO., KGaA; HENKEL ASIA-PACIFIC LTD.; SHANGHAI-HENKEL TEROSON, LTD.; and HENKEL (CHINA) INVESTMENT COMPANY, LTD.,<br><br>　　　　Defendants. | Civil Action No. 3:21-cv-593<br><br>Complaint Filed:   April 29, 2021<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Meredith-Anne M. Berger, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Defendants Henkel of America, Inc. and Henkel of America Retirement Plan in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: July 14, 2021　　　　　　　　　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Meredith-Anne M. Berger*
　　　　　　　　　　　　　　　　　　　　　　Meredith-Anne M. Berger
　　　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 218-5500
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 218-5526
　　　　　　　　　　　　　　　　　　　　　　mberger@seyfarth.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Henkel of America, Inc. and Henkel of America Retirement Plan*

72816366v.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

> Jeffrey Kaplan
> Mary Mintel Miller
> Reid and Riege, P.C.
> One Financial Plaza, 21st Floor
> Hartford, CT 06103
>
> Tel: 860-240-1012
> Fax: 860-240-1002
> jkaplan@rrlawpc.com
> mmiller@rrlawpc.com

>                         */s/ Meredith-Anne Berger*
>                         *Attorneys for Defendants*
>                         *Henkel of America, Inc. and Henkel of America*
>                         *Retirement Plan*

2

72816366v.1