## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY L. GIBSON,<br><br>      Plaintiff,<br><br>   v.<br><br>HENKEL OF AMERICA, INC.; HENKEL OF AMERICA RETIREMENT PLAN; LOCTITE CORPORATION; TEROSON, INC.; PARKER & AMCHEM; HENKEL TECHNOLOGIES; HENKEL AG & CO., KGaA; HENKEL ASIA-PACIFIC LTD.; SHANGHAI-HENKEL TEROSON, LTD.; and HENKEL (CHINA) INVESTMENT COMPANY, LTD.,<br><br>      Defendants. | Civil Action No. 3:21-cv-593<br><br><br><br><br><br><br><br><br>October 1, 2021 |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Henkel Of America Retirement Plan and Henkel of America, Inc., state the following: Henkel of America Retirement Plan is an employee pension benefit plan sponsored by Henkel of America, Inc. Henkel of America, Inc. is a subsidiary of Henkel of America I LLC, which is a wholly-owned subsidiary of Henkel AG & Co. KGaA. No other company owns 10% or more of the common stock of Henkel of America, Inc.

75657213v.2

DATED: October 1, 2021   Respectfully Submitted,

                                                                      SEYFARTH SHAW LLP

By: */s/ Meredith-Anne M. Berger*

       Meredith-Anne M. Berger
       620 Eighth Avenue
       32nd Floor
       New York, NY
       mberger@seyfarth.com
       Telephone: 212-218-5500
       Facsimile: (212) 218-5526

       *Attorneys for Defendants Henkel of America, Inc. and Henkel of America Retirement Plan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I presented the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

>Jeffrey Kaplan
>Mary Mintel Miller
>Brian O'Donnell
>Reid and Riege, P.C.
>One Financial Plaza, 21st Floor
>Hartford, CT 06103

>*/s/ Meredith-Anne M. Berger*_____
>*Attorneys for Defendants Henkel of America,*
>*Inc. and Henkel of America Retirement Plan*

75657213v.2