## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY L. GIBSON,<br><br>         Plaintiff,<br><br>     v.<br><br>HENKEL OF AMERICA, INC.; HENKEL OF AMERICA RETIREMENT PLAN;<br><br>         Defendants. | Civil Action No. 3:21-cv-593 (CSH)<br><br><br><br><br><br><br><br><br><br><br><br>January 18, 2022 |

### DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF ATTORNEY MEREDITH-ANNE M. BERGER

Defendants Henkel of America, Inc. and Henkel of America Retirement Plan ("Defendants"), by and through their attorneys, Seyfarth Shaw LLP, and pursuant to Local Rule 7(e), respectfully request that this Court grant Meredith-Anne M. Berger leave to withdraw her appearance as one of the attorneys of record for Defendants in this matter. In support of this motion, Defendants state as follows:

   1.   Defendants have been and are represented in this action by counsel from Seyfarth Shaw LLP ("Seyfarth"). Specifically, Attorney Ian Morrison, of Seyfarth Shaw LLP, has been admitted *pro hac vice* and appeared on Defendants' behalf in this action.  Additionally, Jean E. Tomasco of Robinson & Cole LLP, in Hartford, Connecticut, is serving as local counsel in this action.

78835283v.1

2. Attorney Berger will be resigning from Seyfarth effective January 18, 2022. Accordingly, Defendants wish to withdraw Attorney Berger's appearance.

3. Defendants will continue to be represented in this matter by Attorney Morrison of Seyfarth Shaw LLP and Attorney Tomasco of Robinson & Cole LLP.

4. No party will be prejudiced by this withdrawal.

5. Defendants have been notified of Attorney Berger's intent to withdraw her appearance from this action.

WHEREFORE, Defendants respectfully request that the Court grant leave for Attorney Berger to withdraw her appearance for Defendants.

DATED: January 18, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Meredith-Anne Berger*
Meredith-Anne M. Berger

Meredith-Anne M. Berger
SEYFARTH SHAW LLP
620 Eighth Avenue
32nd Floor
New York, NY 10027
(212) 218-5500
mberger@seyfarth.com

Ian H. Morrison (admitted *pro hac vice*)
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
312-460-5000
imorrison@seyfarth.com

Attorneys for Defendants
HENKEL OF AMERICA, INC. AND
HENKEL OF AMERICA RETIREMENT
PLAN

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I presented the foregoing DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF ATTORNEY MEREDITH-ANNE M. BERGER with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Meredith-Anne M. Berger*
One of the Attorneys for Defendants
HENKEL OF AMERICA, INC. AND HENKEL
OF AMERICA RETIREMENT PLAN

78835283v.1