## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY L. GIBSON, | : | |
| | : | CIVIL ACTION NO.: 3:21-cv-00593-CSH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HENKEL OF AMERICA, INC.; HENKEL | : | |
| OF AMERICA RETIREMENT PLAN; | : | |
| LOCTITE CORPORATION; TEROSON, | : | |
| INC., PARKER & AMCHEM; HENKEL | : | |
| TECHNOLOGIES; HENKEL AG & CO., | : | |
| KGaA; HENKEL ASIA-PACIFIC LTD.; | : | |
| and HENKEL (CHINA) INVESTMENT | : | FEBRUARY 2, 2022 |
| COMPANY, LTD., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Theodore J. Tucci of Robinson & Cole LLP as counsel for defendants Henkel of America, Inc. and Henkel of America Retirement Plan in the above-captioned case.

                Respectfully submitted,

                **DEFENDANTS,**
                **HENKEL OF AMERICA, INC. and**
                **HENKEL OF AMERICA RETIREMENT**
                **PLAN**

              By: */s/ Theodore J. Tucci*
                    Theodore J. Tucci (ct05249)
                    Robinson & Cole LLP
                    280 Trumbull Street
                    Hartford, CT  06103
                    Tel. No. (860) 275-82210
                    Fax No. (860) 275-8299
                    Email: ttucci@rc.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on this the 2nd day of February, 2022. Notice of this filing shall be sent by e-mail to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

                                                          /s/ *Theodore J. Tucci*
                                                          Theodore J. Tucci