# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY L. GIBSON, | : | |
| | : | CIVIL ACTION NO.:  3:21-cv-00593-CSH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HENKEL OF AMERICA, INC.; HENKEL | : | |
| OF AMERICA RETIREMENT PLAN; | : | |
| LOCTITE CORPORATION; TEROSON, | : | |
| INC., PARKER & AMCHEM; HENKEL | : | |
| TECHNOLOGIES; HENKEL AG & CO., | : | |
| KGaA; HENKEL ASIA-PACIFIC LTD.; | : | |
| and HENKEL (CHINA) INVESTMENT | : | FEBRUARY 7, 2022 |
| COMPANY, LTD., | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE

To the Clerk of this Court and all parties of record:

I, Jean E. Tomasco of Robinson & Cole LLP, move to withdraw my Appearance as counsel for Defendants Henkel of America, Inc. and Henkel of America Retirement Plan (collectively "Henkel") in the above-captioned case. Attorney Ian H. Morrison of Seyfarth Shaw LLP has appeared pro hac vice on behalf of the Henkel defendants (Dkt. No. 27), and Theodore J. Tucci of this office has also filed an appearance on behalf of Henkel (Dkt. No. 39).  These attorneys will continue to represent Henkel in this matter. Henkel has received notice of this motion for withdrawal and has no objection.

Respectfully submitted,

**DEFENDANTS,**
**HENKEL OF AMERICA, INC. and**
**HENKEL OF AMERICA RETIREMENT**
**PLAN**


By: */s/ Jean E. Tomasco*
     Jean E. Tomasco (ct09635)
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT  06103
     Tel. No. (860) 275-8323
     Fax No. (860) 275-8299
     Email:  jtomasco@rc.com


## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically on this the 7th day of February, 2022.  Notice of this filing shall be sent by e-mail to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.


       */s/ Jean E. Tomasco*
       Jean E. Tomasco